**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2320**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

NELLIE H. ROBERSON,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.    Margaret B. Seymour, District
Judge.   (CA-03-3117-5)

---

Submitted:  January 28, 2005      Decided:  February 17, 2005

---

Before LUTTIG, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nellie H. Roberson, Appellant Pro Se.    Robert F. Daley, Jr.,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nellie H. Roberson appeals the district court's order accepting the recommendation of the magistrate judge, granting the Government's motion for summary judgment and ordering the foreclosure and sale of her property. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Roberson, No. CA-03-3117-5 (D.S.C. Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>